1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   BENJAMIN G OWEN, individually and        No   C  05-3651  VRW
     on behalf of other individuals
12   similarly situated,                      ORDER

13                    Plaintiff,

14

15                    v

16   E*TRADE FINANCIAL CORP, et al,

17                    Defendants.
     _____/
18

19

20            Benjamin Owen, class representative in this putative

21   class action, has filed a notice of voluntary dismissal pursuant to

22   FRCP 41(a)(1).  Doc #9.

23            Pursuant to FRCP 23(e)(1)(A), voluntary dismissal of a

24   class action requires the court's approval.  Further, FRCP

25   23(e)(1)(C) provides that if voluntary dismissal of a class action

26   would bind absent class members or otherwise prejudice their

27   ability to pursue claims individually, the court may approve the

28   settlement "only after a hearing and on finding that" the voluntary

**United States District Court**
For the Northern District of California

dismissal is "fair, reasonable, and adequate."  To this end, FRCP 23(e)(2) provides that parties seeking approval of a voluntary dismissal "must file a statement identifying any agreement made in connection with the proposed" voluntary dismissal."  If the voluntary dismissal is made in connection with a settlement, class members who would be bound by those terms must be provided with an opportunity to object to the terms of that settlement.  FRCP 23(e)(4)(A).  And in any event, notice of the dismissal of this action might be necessary to protect class members who are not pursuing individual claims due to the pendency of this action.

Plaintiff's filing utterly fails to meet the requirements or facilitate the procedural protections of FRCP 23(e).  The court reminds the parties that class members will not be bound by any settlement the parties may have reached unless and until the court has approved voluntary dismissal of this action.

Plaintiff is ORDERED to submit an application, not to exceed twenty pages, supporting his request for the court's approval of voluntary dismissal of this action on or before March 31, 2006.  The application shall identify any agreement made in connection with the proposed voluntary dismissal and explain why the agreement, including any plan of allocation and award of fees from a common fund generated by the settlement, is in the best interests of the putative class.  If no such agreement exists,

//

//

//

//

//

plaintiff shall explain how potential prejudice to class members who may have relied on the pendency of this action can be avoided, through notice to the putative class or otherwise.

SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge

United States District Court

For the Northern District of California

3