```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE NORTHERN DISTRICT OF CALIFORNIA


BENJAMIN G OWEN, individually and        No   C 05-3651 VRW
on behalf of other individuals
similarly situated,                           ORDER

            Plaintiff,

       v

E*TRADE FINANCIAL CORP, et al,

            Defendants.
                                        /
```

On March 7, 2006, in response to plaintiff's notice of voluntary dismissal, the court ordered plaintiff to file an application for approval of the voluntary dismissal pursuant to FRCP 23(e). Doc ##9, 10. In doing so, the court overlooked the disclaimer of any binding effect on any party other than named plaintiff Owen. That disclaimer appeared in plaintiff's notice of voluntary dismissal. Doc #10. As dismissal would not appear to affect the interest of a class member, approval of the court is not required. See FRCP 23(e)(1)(A); see also FRCP 23 advisory

1 committee's note.

2     Accordingly, the court's order of March 7, 2006, is
3 hereby VACATED and the action is DISMISSED.  The clerk is directed
4 to close the file and terminate all motions.

6     SO ORDERED.

    /s/ Vaughn Walker

9     VAUGHN R WALKER
10     United States District Chief Judge